| | | | |
|---|---|---|---|
| Com. v. Bradwell . . . | 12/16/2015377 EAL (2015) | Denied | Pa.Super., 120 A.3d 1050 |
| Com. v. Brooks . . . . . | 12/10/2015500 MAL (2015) | Denied | Pa.Super., 122 A.3d 1120 |
| Com. v. Brown . . . . . | 12/01/2015396 WAL (2015) | Denied | Pa.Super., 133 A.3d 81 |
| Com. v. Brown . . . . . | 12/04/2015443 MAL (2015) | Denied | Pa.Super., 122 A.3d 442 |
| Com. v. Brown . . . . . | 12/07/2015667 MAL (2017) | Denied | Pa.Super., 125 A.3d 466 |
| Com. v. Brown . . . . . | 12/07/2015198 WAL (2015) | Denied | Pa.Super., 121 A.3d 1141 |
| Com. v. Carothers . . | 12/01/2015327 MAL (2015) | Denied | Pa.Super., 121 A.3d 1123 |
| Com. v. Dancy . . . . . | 12/01/2015627 MAL (2015) | Denied | Pa.Super., 125 A.3d 459 |
| Com. v. Dapra . . . . . | 12/10/2015363 WAL (2015) | Denied | Pa.Super., 131 A.3d 88 |
| Com. v. Davis . . . . . . | 12/07/2015476 EAL (2015) | Denied | Pa.Super., 121 A.3d 551 |
| Com. v. Defilippo . . . | 12/07/2015305, 306 WAL (2015) | Denied | Pa.Super., 122 A.3d 1148 |
| Com. v. Dejesus . . . . | 12/10/2015650 MAL (2015) | Denied | Pa.Super., 131 A.3d 95 |
| Com. v. Dennis . . . . . | 12/16/2015227 WAL (2015) | Denied | Pa.Super., 122 A.3d 1130 |
| Com. v. Dennison . . | 12/01/2015642 MAL (2015) | Denied | Pa.Super., 125 A.3d 459 |
| Com. v. Diehl . . . . . . | 12/02/2015291 WAL (2015) | Denied | Pa.Super., 122 A.3d 1149 |